| | |
|---|---|
| Michael M. Buchman (*pro hac vice*) <br> Michelle C. Clerkin (*pro hac vice*) <br> Jacob O. Onile-Ere (*pro hac vice*) <br> MOTLEY RICE LLC <br> 777 Third Avenue, 27th Floor <br> New York, NY 10017 <br> Tel: (212) 577-0050 <br> mbuchman@motleyrice.com <br> mclerkin@motleyrice.com <br> jonlineere@motleyrice.com <br><br> *Interim Lead Counsel for Plaintiffs and the Proposed Class* | John F. Cove, Jr. (State Bar No. 212213) <br> john.cove@shearman.com <br> Patrick D. Robbins (State Bar No. 152288) <br> probbins@shearman.com <br> SHEARMAN & STERLING LLP <br> 535 Mission Street, 25th Floor <br> San Francisco, California 94105 <br> Telephone:  (415) 616-1100 <br> Facsimile:   (415) 616-1199 <br><br> Ryan A. Shores (*pro hac vice*) <br> ryan.shores@shearman.com <br> SHEARMAN & STERLING LLP <br> 401 9th Street, NW, Suite 800 <br> Washington DC 20004 <br> Telephone: (202) 508-8000 <br> Facsimile:  (202) 508-8100 <br><br> *Attorneys for Sony Interactive Entertainment LLC* |

[ADDITIONAL COUNSEL ON SIGNATURE PAGE]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AGUSTIN CACCURI, ADRIAN CENDEJAS and ALLEN NEUMARK on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SONY INTERACTIVE ENTERTAINMENT LLC, <br><br> Defendant. | Case Nos.  3:21-cv-03361-RS <br> 3:21-cv-03447-RS <br> 3:21-cv-05031-RS <br><br> **JOINT STIPULATION AND CASE MANAGEMENT ORDER NO. 2** |

1  WHEREAS, each of the named plaintiffs in the above-captioned action separately filed a
2  class action alleging violations of antitrust laws in connection with the marketing, distribution
3  and sale of digital PlayStation games: *Caccuri v. Sony Interactive Entertainment LLC*, Case No.
4  21-cv-03361, ECF No. 1 (the "*Caccuri* Action"); *Cendejas v. Sony Interactive Entertainment*
5  *LLC et al.*, Case No. 21-cv-03447, ECF No. 1 (the "*Cendejas* Action"); *Neumark v. Sony*
6  *Interactive Entertainment LLC et al.*, Case No. 21-cv-05031, ECF No. 1 (the "*Neumark*
7  Action");

8  WHEREAS, the *Caccuri* and *Cendejas* Plaintiffs and defendant Sony Interactive
9  Entertainment LLC ("Sony Interactive") filed a Joint Stipulation And [Proposed] Case
10 Management Order No. 1 (*Caccuri* Action, ECF No. 28; *Cendejas* Action, ECF No. 18), which
11 the Court ordered (*Caccuri* Action, ECF No. 29; *Cendejas* Action, ECF No. 19), and which
12 deferred responses to the above complaints pending the appointment of Interim Lead or Co-Lead
13 Counsel and the filing of a single Consolidated Class Action Complaint (the "Consolidated
14 Complaint");

15 WHEREAS, Plaintiff Neumark and Sony Interactive filed a similar Joint Stipulation And
16 [Proposed] Case Management Order in the *Neumark* Action (*Neumark* Action, ECF No. 17),
17 which the Court ordered (*Neumark* Action, ECF No. 18), and which also deferred responses to
18 the *Neumark* Complaint pending the appointment of Interim Lead or Co-Lead Counsel and the
19 filing of the Consolidated Class Action Complaint encompassing all three actions;

20 WHEREAS, on December 20, 2021, Plaintiffs filed the Consolidated Class Action
21 Complaint in the above-captioned action (*Caccuri* Action, ECF No. 40) alleging violations of the
22 antitrust law and other claims in the alleged market for digital PlayStation video game content;

23 WHEREAS, no extension has been previously granted for Sony Interactive to respond to
24 the Consolidated Class Action Complaint;

25 WHEREAS, under Case Management Order No. 1, Sony Interactive's current deadline to
26 respond to the Consolidated Class Action Complaint is January 19, 2022;

27
28

|   |   |
|---|---|
| 1 | WHEREAS, to provide Sony Interactive adequate time to evaluate the allegations set forth in the Consolidated Class Action Complaint, including in view of the intervening holidays, and to prepare a response, the undersigned Parties met and conferred and agreed to a thirty-day extension for Sony Interactive to respond to the Consolidated Class Action Complaint (from January 19, 2022 to February 18, 2022); |

WHEREAS, to provide Sony Interactive adequate time to evaluate the allegations set forth in the Consolidated Class Action Complaint, including in view of the intervening holidays, and to prepare a response, the undersigned Parties met and conferred and agreed to a thirty-day extension for Sony Interactive to respond to the Consolidated Class Action Complaint (from January 19, 2022 to February 18, 2022);

WHEREAS, the undersigned Parties agree that this Stipulation and Proposed Order is not intended to bar Sony Interactive from filing any motion to compel arbitration or motion under Federal Rule of Civil Procedure 12 after February 18, 2022, that it would otherwise be permitted to file by law, nor intended to affect Plaintiffs' ability to seek motion-related discovery in order to oppose any such motion, or Sony Interactive's ability to oppose such discovery;

WHEREAS, the undersigned Parties agree that the execution and filing of this Stipulation and Proposed Order does not waive or prejudice any right, claim or defense of any party to the above-captioned action;

WHEREAS, the undersigned Parties agree that this Stipulation and Proposed Order does not preclude any further agreement between the Parties on scheduling or any request to the Court for additional orders related to scheduling;

NOW, THEREFORE, the undersigned Parties, through their counsel, hereby stipulate, agree and respectfully request the Court enter an Order setting the deadline for Sony Interactive to respond to the Consolidated Class Action Complaint (including by way of a motion to compel arbitration as to the named Plaintiffs or a motion to dismiss under Rule 12) to February 18, 2022, with appropriate adjustments to the briefing schedule set forth in the Proposed Order below.

| Dated: January 7, 2022 | Respectfully submitted, |
|---|---|
| SHEARMAN & STERLING LLP | MOTLEY RICE LLC |
| /s/ John F. Cove, Jr. | /s/ Michael M. Buchman |
| John F. Cove, Jr. (SBN 212213)<br>Patrick D. Robbins (SBN 152288)<br>535 Mission Street, 25th Floor | Michael M. Buchman (*pro hac vice*)<br>Michelle C. Clerkin (*pro hac vice*) |

| | |
|---|---|
| San Francisco, California 94105<br>Telephone:  (415) 616-1100<br>Facsimile:   (415) 616-1199<br>john.cove@shearman.com<br>probbins@shearman.com<br><br>Ryan A. Shores (*pro hac vice*)<br>401 9th Street, NW, Suite 800<br>Washington DC 20004<br>Telephone: (202) 508-8000<br>Facsimile:  (202) 508-8100<br>ryan.shores@shearman.com<br><br>SHEARMAN & STERLING LLP<br><br>*Attorneys for Defendant Sony Interactive Entertainment LLC* | Jacob O. Onile-Ere (*pro hac vice*)<br>MOTLEY RICE LLC<br>777 Third Avenue, 27th Floor<br>New York, NY 10017<br>Tel: (212) 577-0050<br>mbuchman@motleyrice.com<br>mclerkin@motleyrice.com<br>jonlineere@motleyrice.com<br><br>*Interim Lead Counsel for Plaintiffs and the Proposed Class*<br><br>Jeff S. Westerman (SBN 94559)<br>WESTERMAN LAW CORP.<br>16133 Ventura Blvd., Suite 685<br>Encino, CA 91436<br>Tel: (310) 698-7450<br>jwesterman@jswlegal.com<br><br>*Attorneys for Plaintiff Agustin Caccuri*<br><br>Peggy J. Wedgworth (*pro hac vice*)<br>Elizabeth McKenna (*pro hac vice*)<br>Blake Yagman (*pro hac vice*)<br>MILBERG COLEMAN BRYSON<br>PHILLIPS GROSSMAN, PLLC<br>100 Garden City Plaza, Suite 500<br>Garden City, New York 11530<br>Tel: (212) 868-1229<br>pwedgworth@milberg.com<br>emckenna@milberg.com<br>byagman@milberg.com<br><br>*Attorneys for Plaintiff Allen Neumark*<br><br>Joseph R. Saveri (SBN 130064)<br>Steven N. Williams (SBN 175489)<br>Katharine Malone (SBN 290884)<br>Chris K.L. Young (SBN 318371)<br>Anupama K. Reddy (SBN 324873)<br>JOSEPH SAVERI LAW FIRM, LLP<br>601 California Street, Suite 1000<br>San Francisco, California 94108<br>Telephone: (415) 500-6800<br>jsaveri@saverilawfirm.com<br>swilliams@saverilawfirm.com<br>kmalone@saverilawfirm.com<br>cyoung@saverilawfirm.com<br>areddy@saverilawfirm.com<br><br>JOSEPH SAVERI LAW FIRM, LLP<br><br>*Attorneys for Plaintiff Adrian Cendejas* |

**E-Filing Attestation**

I, John F. Cove, Jr., am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each signatory identified above has concurred in this filing.

By:     */s/  John F. Cove, Jr.*
        John F. Cove, Jr.

# ORDER

The above Stipulation of the Parties is hereby approved. It is HEREBY ORDERED that the case management schedule be revised as follows:

| EVENT | DEADLINE |
|---|---|
| Sony Interactive Entertainment LLC ("Sony Interactive") Response to Consolidated Complaint | February 18, 2022 |
| Opposition to Sony Interactive's Motion | March 21, 2022 |
| Reply in Support of Sony Interactive's Motion | April 12, 2022 |
| Hearing on Sony Interactive's Motion | May 12, 2022 at 1:30 pm |

If Sony Interactive's Motion is denied, the Parties will meet and confer within seven days of the Court's order denying the Motion to discuss scheduling matters. Within 14 days of the order, the Parties shall submit an agreed-upon schedule, or, if they cannot agree, separate proposed schedules. No discovery or Rule 26 disclosures shall take place before the resolution of any motion to compel arbitration and/or any motion to dismiss pursuant to Federal Rule of Civil Procedure 12 absent good cause shown.

Dated: January 10, 2022

_____
HON. RICHARD G. SEEBORG
UNITED STATES DISTRICT JUDGE