1  JEFF S. WESTERMAN (State Bar No. 94559)
   **WESTERMAN LAW CORP.**
2  16133 Ventura Blvd., Ste. 685
3  Encino, CA  91436
   Tel: 310-698-7880
4  Fax: 310-775-9777
5  jwesterman@jswlegal.com
   *Attorney for Plaintiff Augustin Caccuri*
6
7  *[Additional Counsel Listed on Signature Page]*

8  **UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA**
9

10
   AGUSTIN CACCURI, ADRIAN
11 CENDEJAS and ALLEN NEUMARK, on
   behalf of themselves and all others
12 similarly situated,                                Case Nos. 21-cv-03361-RS
                                                              21-cv-03447-RS
13         Plaintiffs,                                        21-cv-05031-RS
14
15    v.                                             **PLAINTIFFS' NOTICE OF
                                                     WITHDRAWAL OF COUNSEL**
16
17 SONY INTERACTIVE
   ENTERTAINMENT LLC,
18
   Defendant.
19

|   |   |
|---|---|
| 1 |  |
| 2 | TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD: |
| 3 | Motley Rice LLC ("Motley Rice"), Interim Lead Counsel and counsel of |
| 4 |  |
| 5 | record for Plaintiff Augustin Caccuri ("Plaintiff"), hereby notices the Court and the |

TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

Motley Rice LLC ("Motley Rice"), Interim Lead Counsel and counsel of record for Plaintiff Augustin Caccuri ("Plaintiff"), hereby notices the Court and the parties that Michelle Catherine Clerkin is no longer with Motley Rice. Pursuant to Local Rule 5-1(c)(2)(C), Motley Rice respectfully requests the withdrawal of the appearance of Michelle Catherine Clerkin. Michael M. Buchman and Jacob O. Onile-Ere of Motley Rice continue to represent Plaintiff Augustin Caccuri in this matter.

Dated: September 19, 2022        Respectfully submitted,

By: */s/ Jacob O. Onile-Ere*

Michael M. Buchman (admitted *pro hac vice*)
Jacob O. Onile-Ere (admitted *pro hac vice*)
**MOTLEY RICE LLC**
777 Third Avenue, 27th Floor
New York, New York 10017
Tel: (212) 557-5400
Fax: (212) 577-0054
E-Mail: mbuchman@motleyrice.com
E-Mail: jonilere@motleyrice.com

JEFF S. WESTERMAN (State Bar No. 94559)
**WESTERMAN LAW CORP.**
16133 Ventura Blvd., Ste. 685
Encino, CA  91436
Tel: 310-698-7880
Fax: 310-775-9777
jwesterman@jswlegal.com

*Attorneys for Plaintiff Augustin Caccuri*