John F. Cove, Jr. (SBN 212213)
john.cove@shearman.com
Patrick D. Robbins (SBN 152288)
probbins@shearman.com
SHEARMAN & STERLING LLP
535 Mission Street, 25th Floor
San Francisco, CA 94105-2997
Telephone: 415.616.1100
Fax: 415.616.1199

Ryan A. Shores (*pro hac vice*)
ryan.shores@shearman.com
Brian C. Hauser (*pro hac vice*)
brian.hauser@shearman.com
SHEARMAN & STERLING LLP
401 9th Street, NW, Suite 800
Washington, DC 20004
Telephone: 202.508.8000
Fax: 202.508.8100

*Attorneys for Sony Interactive Entertainment LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AGUSTIN CACCURI, ADRIAN CENDEJAS, and ALLEN NEUMARK, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SONY INTERACTIVE ENTERTAINMENT LLC,<br><br>Defendant. | Case Nos.:    3:21-cv-03361-RS<br>3:21-cv-03447-RS<br>3:21-cv-05031-RS<br><br>**STIPULATION  PURSUANT  TO  LOCAL RULE 6-1(a)**<br><br>Judge:  Hon. Richard Seeborg |

1

2          Plaintiffs filed a Consolidated Class Action Complaint on December 20, 2021, ECF No.

3  40, which the Court dismissed with leave to amend on July 15, 2022, ECF No. 60. Plaintiffs filed

4  a Consolidated Amended Class Action Complaint on August 15, 2022. ECF No. 61. On February

5  7, 2023, the Court denied Sony Interactive Entertainment, LLC's ("Sony") motion to dismiss the

   Amended Complaint. ECF No. 80.

6          Sony's Answer to the Amended Complaint is due February 21, 2023. *See* Fed. R. Civ. P.

7  12(a)(4)(A). The parties hereby stipulate under Civil Local Rule 6-1(a) to a 14-day extension to

8  file that Answer. Sony's Answer is now due on March 7, 2023. This extension does not affect any

9  event or deadline already fixed by Court order.

10

11 Dated: February 17, 2023                          Respectfully submitted,

12

13 */s/ Michael M. Buchman*                          */s/ John F. Cove, Jr.*
   Michael M. Buchman (admitted pro hac vice)        John F. Cove, Jr. (SBN 212213)
14 MOTLEY RICE LLC                                    Patrick D. Robbins (SBN 152288)
   777 Third Avenue, 27th Floor                       SHEARMAN & STERLING LLP
15 New York, NY 10017                                 535 Mission Street, 25th Floor
   Tel: (212) 577-0050                                San Francisco, CA 94105
16 mbuchman@motleyrice.com                            Telephone: 415.616.1100
                                                      john.cove@shearman.com
17                                                    probbins@shearman.com
   *Interim Lead Counsel for Plaintiffs and the*
18 *Proposed Class*                                   Ryan A. Shores (*pro hac vice*)
                                                      Brian C. Hauser (*pro hac vice*)
19 Jeff S. Westerman (State Bar No. 94559)            SHEARMAN & STERLING LLP
   ZIMMERMAN REED LLP                                 401 9th Street, NW, Suite 800
20 6420 Wilshire Blvd., Suite 1080                    Washington, DC 20004
   Tel: (877) 500-8780                                Telephone: 202.508.8058
21 jeff.westerman@zimmreed.com                        ryan.shores@shearman.com
                                                      brian.hauser@shearman.com
22
   *Counsel for Plaintiff Agustin Caccuri*            *Attorneys for Defendant*
23                                                    *Sony Interactive Entertainment LLC*

24 Peggy J. Wedgworth (admitted pro hac vice)
   Elizabeth McKenna (admitted pro hac vice)
25 Blake Yagman (admitted pro hac vice)
   MILBERG COLEMAN BRYSON
26 PHILLIPS GROSSMAN, PLLC
   100 Garden City Plaza, Suite 500
27 Garden City, New York 11530

28

---

STIPULATION TO EXTENSION                                      CASE NOS. 3:21-CV-03361,
OF TIME FOR DEF'S ANSWER              1                       3:21-CV-03447, 3:21-CV-05031

1    Tel: (212) 868-1229
     pwedgworth@milberg.com
2    emckenna@milberg.com
     byagman@milberg.com
3

4    *Counsel for Plaintiff Allen Neumark*

5    Joseph R. Saveri (State Bar No. 130064)
     Steven N. Williams (State Bar No. 175489)
6    Katharine Malone (State Bar No. 290884)
     Christopher K.L. Young (State Bar No.
7    318371)
     Anupama K. Reddy (State Bar No. 324873)
8    JOSEPH SAVERI LAW FIRM, LLP
     601 California Street, Suite 1000
9    San Francisco, California 94108
     Tel: (415) 500-6800
10   jsaveri@saverilawfirm.com
     swilliams@saverilawfirm.com
11   kmalone@saverilawfirm.com
     cyoung@saverilawfirm.com
12   areddy@saverilawfirm.com
13

14   *Counsel for Plaintiff Adrian Cendejas*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**E-Filing Attestation**

I, John F. Cove, Jr., am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each signatory identified above has concurred in this filing.


Dated: February 17, 2023                                                    */s/ John F. Cove, Jr.*
                                                                                              John F. Cove, Jr.

---

STIPULATION TO EXTENSION                                                                CASE NOS. 3:21-CV-03361,
OF TIME FOR DEF'S ANSWER                            3                    3:21-CV-03447, 3:21-CV-05031