UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| AGUSTIN CACCURI, | Case No. 21-cv-03361-AMO |
|---|---|
| Plaintiff, | |
| v. | **CASE MANAGEMENT SCHEDULING ORDER** |
| SONY INTERACTIVE ENTERTAINMENT LLC, | |
| Defendant. | |

Having held a case management conference in this matter on October 12, 2023, the Court hereby **SETS** the following deadlines:

| Event | Deadline |
|---|---|
| Stipulation or motion to consolidate cases; Plaintiffs' certification of conflicts and interested entities or persons | October 23, 2023 |
| Status report re ADR process and timing | November 2, 2023 |
| Last day to add parties or amend pleadings | December 29, 2023 |
| Further case management conference statement (to include an update on the status of discovery) | January 4, 2024 |
| Further case management conference | January 11, 2024 |
| Substantial completion of document production (as to requests production served on or before March 1, 2024) | May 31, 2024 |
| Plaintiffs' motion for class certification and class certification expert reports | July 15, 2024 |
| Defendant's opposition to motion for class certification and opposing class certification expert reports, Daubert motion(s)[1] | August 15, 2024 |
| Plaintiffs' reply in support of motion for class certification and rebuttal class certification expert reports, Daubert motion(s), and | September 5, 2024 |

---

[1] Each side is limited to three Daubert motions throughout the entire case absent leave of court. *See* Standing Order for Civil Cases.

| Event | Deadline |
|---|---|
| opposition(s) to Defendant's Daubert motion(s) | |
| Defendants' reply in support of Daubert motion(s), opposition to Plaintiff's Daubert motion(s) | September 19, 2024 |
| Plaintiffs' reply in support of Daubert motion(s) | September 26, 2024 |
| Close of fact discovery | November 4, 2024 |
| Hearing on motion for class certification and Daubert motion(s) | December 19, 2024 |

Any party may seek modification of this Order for good cause. A request for an extension of any deadline set forth above must be filed at least seven days prior to the expiration of that deadline.

**IT IS SO ORDERED.**

Dated: October 13, 2023

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**