**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AGUSTIN CACCURI, on behalf of himself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SONY INTERACTIVE ENTERTAINMENT LLC, <br><br> Defendant. | Case Nos. 21-cv-03361-AMO <br> 21-cv-03447-AMO <br> 21-cv-05031-AMO <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE CASES WITH ATTESTATION** <br><br> Judge: Hon. Araceli Martínez-Olguín |
| ADRIAN CENDEJAS on behalf of himself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SONY INTERACTIVE ENTERTAINMENT LLC, <br><br> Defendant. | Case No.  21-cv-03447-AMO |

ALLEN NEUMARK, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

SONY INTERACTIVE ENTERTAINMENT LLC,

Defendant.

Case No.  21-cv-05031-AMO

**WHEREAS** Plaintiff  Agustin Caccuri filed a Class Action Complaint in this Court entitled *Agustin Caccuri v. Sony Interactive Entertainment LLC*, 21-cv-03361-AMO, on May 5, 2021. ECF No.  1.

**WHEREAS** Plaintiff  Adrian Cendejas filed a Class Action Complaint in this Court entitled *Adrian Cendejas v. Sony Interactive Entertainment LLC*, 21-cv-03447-AMO, on May 7, 2021. ECF No. 1.

**WHEREAS** Plaintiff Allen Neumark filed a Class Action Complaint in this Court entitled *Allen Neumark v. Sony Interactive Entertainment LLC*, 21-cv-05031-AMO, on June 29, 2021. ECF No. 1.

**WHEREAS** the *Caccuri*, *Cendejas* and *Neumark* actions are related cases within the meaning of Civil L.R. 3-12.

**WHEREAS** a Consolidated Class Action Complaint was filed in this case, and Defendant Sony's motion to dismiss the Consolidated Class Action Complaint was granted with leave to amend. ECF Nos. 40 and 60.

**WHEREAS** a Consolidated Amended Class Action Complaint was filed in this case, Defendant Sony's motion to dismiss the Consolidated Amended Class Action Complaint was denied, and the case is proceeding. ECF Nos. 61 and 67.

**WHEREAS** the parties wish to promote the just and efficient resolution of this action.

2

**WHEREAS** the consolidation of the *Caccuri*, *Cendejas* and *Neumark* actions, pursuant to Federal Rule of Civil Procedure 42(a), will serve the convenience of the parties, the Court and witnesses while promoting the just and efficient conduct of this litigation.

**WHEREAS** consolidation will also promote efficiency and conserve judicial resources if the parties are directed to use the *Caccuri* docket as the Master Docket for all future filings.

Pursuant to Federal Rule of Civil Procedure 42(a) and Civil L.R. 3-12, the parties hereby stipulate, and the Court hereby Orders, as follows:

1. The *Caccuri v. Sony Interactive Entertainment LLC*, 21-cv-03361-AMO, *Cendejas v. Sony Interactive Entertainment LLC*, 21-cv-03447-AMO, and *Neumark v. Sony Interactive Entertainment LLC*, 21-cv-05031-AMO, actions are related cases within the meaning of Civil L.R. 3-12.

2. Good cause appearing therefore, the cases captioned *Cendejas v. Sony Interactive Entertainment LLC*, 21-cv-03447-AMO, and *Neumark v. Sony Interactive Entertainment LLC*, 21-cv-05031-AMO, are hereby consolidated into *Caccuri v. Sony Interactive Entertainment LLC*, 21-cv-03361-AMO, which is the earlier-filed civil action and shall serve as the lead case.

3. The clerk is directed to administratively close the later-filed civil actions, 21-cv-03447-AMO and 21-cv-05031-AMO.

4. All future filings should be done in the lead case only and should be captioned using the short title, "*Caccuri, et al. v. Sony Interactive Entertainment LLC*, 21-cv-03361-AMO."

3

DATED:  October 23, 2023

Respectfully submitted,

*/s/ Michael M. Buchman*

Michael M. Buchman (admitted *pro hac vice*)
**MOTLEY RICE LLC**
777 Third Avenue, 27th Floor
New York, NY 10017
Tel: (212) 577-0050
mbuchman@motleyrice.com
*Interim Lead Counsel for Plaintiffs and the Proposed Class*

Jeff S. Westerman (State Bar No. 94559)
**ZIMMERMAN REED LLP**
6420 Wilshire Blvd, Suite 1080
Los Angeles, CA 90048
Tel: (877) 500-8780
jwesterman@jswlegal.com

*Counsel for Plaintiff Augustin Caccuri*

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Christopher K.L. Young (State Bar No. 318371)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Tel: (415) 500-6800
jsaveri@saverilawfirm.com
swilliams@saverilawfirm.com
cyoung@saverilawfirm.com
*Counsel for Plaintiff Adrian Cendejas*

Blake H. Yagman
**ISRAELDAVID LLC**
17 State Street
Suite 4010
New York, New York 10004
Tel: (212) 739-0622
blake.yagman@davidllc.com

Peggy J. Wedgworth (admitted *pro hac vice*)
Elizabeth McKenna (admitted *pro hac vice*)

4

**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel: (212) 868-1229
pwedgworth@milberg.com
emckenna@milberg.com
*Counsel for Plaintiff Allen Neumark*

*/s/ John F. Cove*

John F. Cove, Jr. (SBN 212213)
Patrick T. Hein (SBN 254431)
**SHEARMAN & STERLING LLP**
535 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: 415.616.1100
john.cove@shearman.com
patrick.hein@shearman.com
*Counsel for Defendant Sony Interactive
Entertainment LLC*

Brian C. Hauser (pro hac vice)
**SHEARMAN & STERLING LLP**
401 9th Street, NW, Suite 800
Washington, DC 20004
Telephone: 202.508.8058
brian.hauser@shearman.com
Attorneys for Defendant
*Counsel for Defendant Sony Interactive
Entertainment LLC*

**THE FOREGOING STIPULATION
IS APPROVED AND SO ORDERED:**

DATED:  October 24, 2023

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**

5