John F. Cove, Jr. (SBN 212213)
john.cove@aoshearman.com
Patrick T. Hein (SBN 254431)
patrick.hein@aoshearman.com
ALLEN OVERY SHEARMAN STERLING
US LLP
140 New Montgomery Street, 10th Floor
San Francisco, CA 94105
Telephone: 415.616.1100
Fax: 415.616.1199

Brian C. Hauser (*pro hac vice*)
brian.hauser@aoshearman.com
ALLEN OVERY SHEARMAN STERLING
US LLP
401 9th Street, NW, Suite 800
Washington, DC 20004
Telephone: 202.508.8000
Fax: 202.508.8100

*Attorneys for Sony Interactive Entertainment LLC*

Michael M. Buchman (admitted *pro hac vice*)
MOTLEY RICE LLC
777 Third Avenue, 27th Floor
New York, NY 10017
Telephone: (212) 577-0050
mbuchman@motleyrice.com

*Interim Lead Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AGUSTIN CACCURI, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>SONY INTERACTIVE ENTERTAINMENT LLC,<br><br>Defendant. | Lead Case No. 3:21-cv-03361-AMO<br><br>**JOINT STATEMENT REGARDING DISCOVERY DISPUTE**<br><br>Judge: Hon. Araceli Martínez-Olguín |

As directed by the Court's May 2, 2024 Order (ECF No. 161), the Parties have further met and conferred regarding their dispute as to the appropriate starting point for the relevant time period for discovery of Defendant Sony Interactive Entertainment LLC ("SIE"), which is the subject of the Parties' joint letter brief (ECF No. 154-2). The Parties have reached agreement as follows.

The Parties agree that, in lieu of the limited deposition of an SIE 30(b)(6) witness contemplated by the Court's Order, SIE will (1) apply the search terms the Parties previously agreed to in connection with Request Nos. 2, 3, 11, 12, 14, and 17 of Plaintiffs' First Set of Requests for the Production of Documents, dated April 28, 2023, (2) to the custodians Helen Gourley, Cindy De Guzman, Gordon Thornton, and Toby Morrish, (3) for the period from April 1, 2016 to December 31, 2017, and (4) produce the responsive, non-privileged documents elicited by these searches.

The Parties further agree to meet and confer regarding an appropriate extension of the May 31, 2024 deadline for substantial completion of document production for the non-privileged documents responsive to the additional searches described above, and to endeavor to jointly propose such an extension to the Court.

| | | |
|---|---|---|
| 1 | Dated: May 8, 2024 | /s/ *Michael M. Buchman* |
| 2 | | Michael M. Buchman (admitted *pro hac vice*) |
| | | MOTLEY RICE LLC |
| 3 | | 777 Third Avenue, 27th Floor New York, NY |
| | | 10017 |
| 4 | | Telephone: (212) 577-0050 |
| 5 | | mbuchman@motleyrice.com |
| 6 | | *Interim Lead Counsel for Plaintiffs* |

Dated: May 8, 2024            /s/ *Patrick T. Hein*

John F. Cove, Jr. (SBN 212213)
Patrick T. Hein (SBN 254431)
140 New Montgomery Street, 10th Floor
San Francisco, CA 94105
Telephone: 415.616.1100
john.cove@aoshearman.com
patrick.hein@aoshearman.com

Brian C. Hauser (*pro hac vice)*
401 9th Street, NW, Suite 800
Washington, DC 20004
Telephone: 202.508.8000
brian.hauser@aoshearman.com

ALLEN OVERY SHEARMAN STERLING US LLP

*Attorneys for Defendant*
*Sony Interactive Entertainment LLC*

---

Joint Statement Regarding Discovery Dispute            2            Lead Case No. 3:21-cv-03361

**ATTESTATION**

I, Patrick T. Hein, am the ECF user whose identification and password are being used to file this document. I attest under penalty of perjury that concurrence in this filing has been obtained from counsel listed above.

/s/ *Patrick T. Hein*