Andrew C. Finch (SBN: 195012)
afinch@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3417
Facsimile: (212) 492-0417

Meredith R. Dearborn (SBN: 268312)
mdearborn@paulweiss.com
Shawn M. Estrada (SBN: 322852)
sestrada@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, California 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101

*Attorneys for Defendant Sony Interactive Entertainment LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AGUSTIN CACCURI, ADRIAN CENDEJAS, and ALLEN NEUMARK, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SONY INTERACTIVE ENTERTAINMENT LLC,<br><br>Defendant. | Lead Case No. 3:21-CV-03361-AMO<br><br>**DEFENDANT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Courtroom: 10, 19th Floor<br>Judge: Honorable Araceli Martínez-Olguín |

1 | Pursuant to Civil Local Rules 7-11 and 79-5 and the Stipulated Protective Order (ECF No. 107), Defendant Sony Interactive Entertainment LLC respectfully requests leave of Court to file under seal the parties' Stipulation dated November 27, 2024 (Dkt. 185-3; the "Stipulation"), and the accompanying Declaration of Meredith R. Dearborn (Dkt. 185-4; the "Dearborn Declaration"). Defendant certifies that it has reviewed and complied with Civil Local Rule 79-5 and the Court's Standing Order on Administrative Motions to Seal.

The presumption of access to judicial records does not apply where the documents at issue are being filed in connection with a non-dispositive motion. *See In re Midland Nat'l Life Ins. Co. Annuity Sales Practices Litig.*, 686 F.3d 1115, 1119 (9th Cir. 2012). The appropriate legal standard is "good cause" and the Court may issue "any order which justice requires to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense." *See Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006) (quoting Fed R. Civ. P. 26(c)).

As set forth in the Stipulation, the parties respectfully submit that there is good cause to seal the Stipulation and Dearborn Declaration. Dearborn Decl. ¶ 2. Plaintiffs consent to the filing of these documents under seal. *Id.* ¶ 3.

Defendant respectfully requests that the Court grant its motion to seal.

Dated: November 27, 2024

By: /s/ *Meredith R. Dearborn*
Meredith R. Dearborn (SBN: 268312)
mdearborn@paulweiss.com
Shawn M. Estrada (SBN: 322852)
sestrada@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, California 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101

- 2 -

Andrew C. Finch (SBN: 195012)
afinch@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3417
Facsimile: (212) 492-0417

*Attorneys for Defendant*
*Sony Interactive Entertainment LLC*