| | |
|---|---|
| Michael M. Buchman (admitted *pro hac vice*)<br>mbuchman@motleyrice.com<br>**MOTLEY RICE LLC**<br>800 Third Avenue, Suite 2401<br>New York, NY 10022<br>Telephone: (212) 577-0050<br><br>*Interim Lead Counsel for Plaintiffs* | Andrew C. Finch (SBN: 195012)<br>afinch@paulweiss.com<br>**PAUL, WEISS, RIFKIND, WHARTON &**<br>**GARRISON LLP**<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Telephone: (212) 373-3417<br>Facsimile: (212) 492-0417<br><br>Meredith R. Dearborn (SBN: 268312)<br>mdearborn@paulweiss.com<br>Shawn M. Estrada (SBN: 322852)<br>sestrada@paulweiss.com<br>**PAUL, WEISS, RIFKIND, WHARTON &**<br>**GARRISON LLP**<br>535 Mission Street, 24th Floor<br>San Francisco, California 94105<br>Telephone: (628) 432-5100<br>Facsimile: (628) 232-3101<br><br>*Attorneys for Defendant Sony Interactive Entertainment LLC* |

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| AGUSTIN CACCURI et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SONY INTERACTIVE ENTERTAINMENT LLC,<br><br>Defendant. | Lead Case No. 3:21-CV-03361-AMO<br><br>**STIPULATION AND [PROPOSED] ORDER AMENDING CLASS DEFINTION**<br><br>Courtroom: 10, 19th Floor<br>Judge: Honorable Araceli Martínez-Olguín |

Pursuant to Federal Rule of Civil Procedure 15(a)(2) and Civil Local Rule 10-1, and in accordance with this Court's Procedural Guidance for Class Action Settlements, the parties (Defendant Sony Interactive Entertainment LLC and Plaintiffs Augustin Caccuri, Adrian Cendejas, and Allen Neumark ("Plaintiffs")) hereby stipulate as follows:

WHEREAS, Plaintiffs filed a Consolidated Class Action Complaint on December 20, 2021, ECF No. 40;

WHEREAS, Plaintiffs filed the operative Consolidated Amended Class Action Complaint on August 15, 2022, ECF No. 61;

WHEREAS, the class definition from the operative Consolidated Amended Class Action Complaint reads as follows:

> All persons in the United States, exclusive of Sony and its employees, agents and affiliates, and the Court and its employees, who purchased any digital video game content directly from the PlayStation Store at any time from April 1, 2019 through the present

WHEREAS, extensive discovery and arm's length settlement negotiations have led the parties to amend the class definition to better address the alleged harm suffered by the class members;

THEREFORE, IT IS STIPULATED AND AGREED that the class definition from the operative Consolidated Amended Class Action Complaint shall hereby be amended and Plaintiffs shall file a Second Consolidated Amended Class Complaint (*See* Exhibit A) with the following class definition:

> all persons in the United States who purchased through the PlayStation Store one or more video games for which a game specific voucher ("GSV") was available at retail prior to April 1, 2019, for which a total of at least 200 GSV redemptions were made prior to April 1, 2019, and for which the post-discount price increased by at least fifty cents from: (a) the period between January 1, 2017 and March 31, 2019, as compared to (b) the period between April 1, 2019 and December 31, 2023. The class period shall be April 1, 2019 to December 31, 2023.

Dated: December 11, 2024     By:  */s/ Michael M. Buchman*
                                  Michael M. Buchman (admitted *pro hac vice*)
                                  mbuchman@motleyrice.com
                                  **MOTLEY RICE LLC**

800 Third Avenue, Suite 2401
New York, NY 10022
Telephone: (212) 577-0050

*Interim Lead Counsel for Plaintiffs*

Dated: December 11, 2024     By:    */s/ Andrew C. Finch*
Andrew C. Finch (SBN: 195012)
afinch@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3417
Facsimile: (212) 492-0417

Meredith R. Dearborn (SBN: 268312)
mdearborn@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, California 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101

Patrick T. Hein (SBN 254431)
patrick.hein@aoshearman.com
**ALLEN OVERY SHEARMAN STERLING US LLP**
140 New Montgomery Street, 10th Floor
San Francisco, CA 94105-2997
Telephone: (415) 616-1100
Facsimile: (415) 616-1199

Brian C. Hauser (admitted *pro hac vice*)
brian.hauser@aoshearman.com
Matt Modell (admitted *pro hac vice*)
matt.modell@aoshearman.com
**ALLEN OVERY SHEARMAN STERLING US LLP**
401 9th Street, NW, Suite 800
Washington, DC 20004
Telephone: (202) 508-8000
Facsimile: (202) 508-8100

*Attorneys for Defendant Sony Interactive Entertainment LLC*

## **ATTESTATION**

I, Michael M. Buchman am the ECF user whose identification and password are being used to file this document. I attest under penalty of perjury that concurrence in this filing has been obtained from counsel listed above.

                                         */s/ Michael M. Buchman*
                                         Michael M. Buchman

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: December ___, 2024         _____
                                         Hon. Araceli Martínez-Olguín
                                         UNITED STATES DISTRICT JUDGE