**RE: Objection to Cendejas v. Sony Interactive Entertainment LLC, Civil Action No. 21-cv-03361-AMO (N.D. Cal.)**

To Whom It May Concern,

I am a member of the settlement class of this case, that's writing to **object** to all or any part of the Settlement, Interim Lead Counsel's request for attorneys' fees, reimbursement of costs, expenses, or service awards & to **exclude** myself from the Settlement Class.

 I strongly oppose this matter for the following reasons:

**FILED**

**JUN 30 2026**

CLERK U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

1. **NO INVOLVEMENT.** I have no interest in acquiring financial gain, benefit, or reimbursement for purchases I've made personally during the time period. I have not been an active PlayStation console user or purchased products from the PlayStation store for nearly 5 years.

2. **INTENTIONAL PURCHASES.** All digital products that I've come across in the store were intentional purchases by my own actions.

Given the circumstances, I request that you **remove** me from the settlement class of this case, and I **object** to all or any part of the Settlement, Interim Lead Counsel's request for attorneys' fees, reimbursement of costs, expenses, or service awards. I have attached documents of digital products I've purchased from the store or game codes redeemed to play a product, for your review. Please confirm receipt of this letter and keep me informed of any decisions or upcoming hearings regarding this matter.

Sincerely,

*[signature]*

Malachi Green

# Objection & Exclusion Letter

Malachi Green

3021 Pontiac Dr. Tallahassee,  FL 32301

PSN Account Name: MakiSito

Current Email: malachi.green25@gmail.com

Previous Email: malachi.green7@gmail.com

Member Phone Number: 850-739-9148

06/26/26

Recipient Names:

The Court:

Office of the Clerk of Court,
U.S. District Court for the Northern District of California 450 Golden Gate Avenue, San Francisco, CA 94012

Counsel for the Class:

Michael M. Buchman Joseph Saveri Law Firm LLP
780 Third Avenue, Suite 1200, New York, NY 10017

 Gmail                                                     **530Maki <malachi.green7@gmail.com>**

## Pre-order Purchase Confirmation
1 message

**PlayStation** <Sony@email.sonyentertainmentnetwork.com>                          Mon, Jul 22, 2019 at 4:19 PM
Reply-To: PlayStation <support-b5yze8ybfbxm44auvpkkqbyt90h30z@email.sonyentertainmentnetwork.com>
To: malachi.green7@gmail.com

                          **PlayStation**

# Pre-order Purchase Confirmation

Dear Malachi,

Thank you for your PlayStation®Store pre-order purchase.

A receipt of your pre-order purchase is below. Be sure to keep it in a safe place for future reference.

## Order Number: 148084403694

Online ID: MakiSito
Date Purchased 07/22/2019 @ 01:19 PM

| Details | Price |
|---|---|
| DEATH STRANDING Digital Deluxe Edition (Pre-Order) | $79.99 |

Subtotal: $79.99
Tax: $0.00

Total: $79.99

This e-mail message has been delivered from a send-only address. Please do not reply to this message. For more information about your account, please visit the links below.

Support:
https://www.playstation.com/corporate/contactus/

Terms of Services and User Agreement:
https://www.playstation.com/network/legal/terms-of-service/

Privacy Policy:
https://www.playstation.com/network/legal/privacy-policy/

and "PlayStation" are registered trademarks or trademarks of

Sony Interactive Entertainment Inc.

© 2019 Sony Interactive Entertainment LLC.

EID: 212461

 **Gmail**    **530Maki <malachi.green7@gmail.com>**

## Death Stranding | Timefall Album Notification
1 message

**PlayStation** <PlayStation@playstationemail.com>    Thu, Nov 14, 2019 at 1:03 PM
To: malachi.green7@gmail.com

A reminder on the DEATH STRANDING: Timefall Redemption » | View as web page »



Hi MakiSito,

You are receiving this message because you purchased the Death Stranding Digital Deluxe Edition.

Included with your purchase is a download of all songs on Timefall (Original Music from the World of Death Stranding) as MP3 audio files. Once downloaded, all songs can be burned to disc, transferred to portable players* or played through your computer.

HERE ARE THE STEPS TO DOWNLOAD YOUR FREE MP3 AUDIO FILES:

1. Go to https://smarturl.it/RedeemTimefall
2. Have your code ready and follow the instructions on the above web page to redeem your download.

YOUR DOWNLOAD CODE:
**DR87QV7QZCCS7WY**

            

**Get More PlayStation® News**    **Join PlayStation® Plus**    **Shop PlayStation™ Store**    **Earn Sony Rewards Points**    **Manage Your Account**

FOLLOW US:



Unsubscribe | Consumer Services | Privacy Policy | Terms

LEGAL

Offer good for 1 download with purchase of product. Offer is not refundable, transferable or exchangeable and has no surrender value. Requirements: Internet Connection (hi-speed recommended). Must be 13 years of age or older to purchase downloads or redeem promotion downloads. Offer valid in United States and Canada only. *May not be compatible with all portable players. iOS users, please download via PC/MAC.

This e-mail message has been delivered from a send-only address. Please do not reply to this message. For more information about your account, please visit the link below. Support: https://www.playstation.com/corporate/contactus/

© 2019 Sony Interactive Entertainment LLC.

"PlayStation Family Mark", "PlayStation", and "PS4 logo" are registered trademarks or trademarks of Sony Interactive Entertainment Inc. "Greatness Awaits" is a trademark of Sony Interactive Entertainment LLC.

All games featured are trademarked and copyrighted properties of their respective publishers and/or licensors.

Sony Interactive Entertainment LLC, 2207 Bridgepointe Pkway, San Mateo, CA 94404. www.playstation.com.

 Gmail                                    **530Maki <malachi.green7@gmail.com>**

## Thank You For Your Purchase
1 message

**PlayStation** <Sony@email.sonyentertainmentnetwork.com>                    Sat, Dec 21, 2019 at 3:08 AM
Reply-To: NP Transactional Emails <reply-fec51773766d057a-19_HTML-42201365-6416383-55120@txn-email.playstation.com>
To: malachi.green7@gmail.com

 **PlayStation.**

## Transaction Receipt

Dear Malachi,

Thank you for your PlayStation®Store purchase.

A receipt of your purchase is below. Be sure to keep it in a safe place for future reference.

Order Number:                               Name: Malachi Green
                                            Online ID: MakiSito
172797831021                          Date Purchased: 12/21/2019 12:07 AM PT

| Details | Price |
|---|---|
| SUPERHOT (Downloadable Game) | $9.99 |
| Prey (Full Game) | $7.49 |

Gmail - Thank You For Your Purchase

| | |
|---|---:|
| The Order: 1886™ (Full Game) | $4.99 |
| Anthem™ Standard Edition (Full Game) | $11.99 |

Subtotal: $34.46
Tax: $0.00

## Current Wallet Amount*: $0.00                Total: $34.46

*This wallet amount is current as of the date and time of this transaction.

**Fund Sources Used (Total)**
PAYPALDI chiguybookings@gmail.com: $34.46

## Join Sony Rewards with your PSN ID and get rewarded!

This e-mail message has been delivered from a send-only address. Please do not reply to this message. For more information about your account, please visit the links below.

Support:
https://www.playstation.com/corporate/contactus/

Terms of Services and User Agreement:
https://www.playstation.com/network/legal/terms-of-service/

Privacy Policy:
https://www.playstation.com/network/legal/privacy-policy/

and "PlayStation" are registered trademarks or trademarks of Sony Interactive Entertainment Inc. © 2019 Sony Interactive Entertainment LLC.

 Gmail

**530Maki <malachi.green7@gmail.com>**

## Thank You For Your Purchase
1 message

**PlayStation** <Sony@email.sonyentertainmentnetwork.com>                    Thu, Jan 2, 2020 at 12:37 AM
Reply-To: NP Transactional Emails <reply-fec51773766d057a-19_HTML-42201365-6416383-698629@txn-email.playstation.com>
To: malachi.green7@gmail.com



# Transaction Receipt

Dear Malachi,

Thank you for your PlayStation®Store purchase.

A receipt of your purchase is below. Be sure to keep it in a safe place for future reference.

Order Number:

176043475925

Name: Malachi Green
Online ID: MakiSito
Date Purchased: 01/01/2020 09:37 PM PT

| Details | Price |
| --- | --- |
| Life is Strange 2 - Episode 2-5 Bundle (Add-On Content) | $19.79 |

Subtotal: $19.79
Tax: $0.00

Current Wallet Amount*: $0.00                    Total: $19.79

*This wallet amount is current as of the date and time of this transaction.

**Fund Sources Used (Total)**
PAYPALDI chiguybookings@gmail.com: $19.79

## Join Sony Rewards with your PSN ID and get rewarded!

This e-mail message has been delivered from a send-only address. Please do not reply to this message. For more information about your account, please visit the links below.

Support:
https://www.playstation.com/corporate/contactus/

Terms of Services and User Agreement:
https://www.playstation.com/network/legal/terms-of-service/

Privacy Policy:
https://www.playstation.com/network/legal/privacy-policy/

and "PlayStation" are registered trademarks or trademarks of Sony Interactive Entertainment Inc. © 2020 Sony Interactive Entertainment LLC.

6/26/26, 2:47 AM                                    Gmail - Thank You For Your Purchase

 Gmail                                    **530Maki <malachi.green7@gmail.com>**

## Thank You For Your Purchase

1 message

**PlayStation** <Sony@email.sonyentertainmentnetwork.com>              Thu, Jan 2, 2020 at 6:31 PM
Reply-To: NP Transactional Emails <reply-fec51773766d057a-19_HTML-42201365-6416383-727965@txn-email.playstation.com>
To: malachi.green7@gmail.com

 PlayStation.

## Transaction Receipt

Dear Malachi,

Thank you for your PlayStation®Store purchase.

A receipt of your purchase is below. Be sure to keep it in a safe place for future reference.

Order Number:                                    Name: Malachi Green
                                                 Online ID: MakiSito
177237050125                         Date Purchased: 01/02/2020 03:30 PM PT

| Details | Price |
|---|---|
| Spyro™ Reignited Trilogy (Full Game) | $19.99 |
| | Subtotal: $19.99 |
| | Tax: $0.00 |

Current Wallet Amount*: $0.00                    Total: $19.99

*This wallet amount is current as of the date and time of this transaction.

**Fund Sources Used (Total)**
PAYPALDI chiguybookings@gmail.com: $19.99

## Join Sony Rewards with your PSN ID and get rewarded!

This e-mail message has been delivered from a send-only address. Please do not reply to this message. For more information about your account, please visit the links below.

Support:
https://www.playstation.com/corporate/contactus/

Terms of Services and User Agreement:
https://www.playstation.com/network/legal/terms-of-service/

Privacy Policy:
https://www.playstation.com/network/legal/privacy-policy/

and "PlayStation" are registered trademarks or trademarks of Sony Interactive Entertainment Inc. © 2020 Sony Interactive Entertainment LLC.

 **Gmail**                                                 **530Maki <malachi.green7@gmail.com>**

## Thank You For Your Purchase
1 message

**PlayStation** <Sony@email.sonyentertainmentnetwork.com>                Sat, Jan 25, 2020 at 10:20 PM
Reply-To: NP Transactional Emails <reply-fec51773766d057a-19_HTML-42201365-6416383-1612468@txn-email.playstation.com>
To: malachi.green7@gmail.com

**PlayStation.**

# Transaction Receipt

Dear Malachi,

Thank you for your PlayStation®Store purchase.

A receipt of your purchase is below. Be sure to keep it in a safe place for future reference.

Order Number:                                                    Name: Malachi Green
                                                                 Online ID: MakiSito
178835437119                                        Date Purchased: 01/25/2020 07:20 PM PT

| Details | Price |
|---|---|
| INSIDE (Downloadable Game) | $7.99 |
| | Subtotal: $7.99 |
| | Tax: $0.00 |

Current Wallet Amount*: $0.00                          Total: $7.99

*This wallet amount is current as of the date and time of this transaction.

**Fund Sources Used (Total)**
PAYPALDI chiguybookings@gmail.com: $7.99

## Join Sony Rewards with your PSN ID and get rewarded!

This e-mail message has been delivered from a send-only address. Please do not reply to this message. For more information about your account, please visit the links below.

Support:
https://www.playstation.com/corporate/contactus/

Terms of Services and User Agreement:
https://www.playstation.com/network/legal/terms-of-service/

Privacy Policy:
https://www.playstation.com/network/legal/privacy-policy/

and "PlayStation" are registered trademarks or trademarks of Sony Interactive Entertainment Inc. © 2020 Sony Interactive Entertainment LLC.

 Gmail

**530Maki <malachi.green7@gmail.com>**

## Thank You For Your Purchase
2 messages

**PlayStation** <Sony@email.sonyentertainmentnetwork.com>    Thu, Jan 30, 2020 at 11:16 AM
Reply-To: NP Transactional Emails <reply-fec617747462007a-19_HTML-42201365-6416383-83587@txn-email.playstation.com>
To: malachi.green7@gmail.com

 PlayStation.

## Transaction Receipt

Dear Malachi,

Thank you for your PlayStation®Store purchase.

A receipt of your purchase is below. Be sure to keep it in a safe place for future reference.

Order Number:

178813907686

Name: Malachi Green
Online ID: MakiSito
Date Purchased: 01/30/2020 08:16 AM PT

| Details | Price |
| --- | --- |
| Call of Cthulhu® (Full Game) | $9.99 |
| South Park™: The Stick of Truth™ (Full Game) | $11.99 |
| | Subtotal: $21.98 |
| | Tax: $0.00 |

Current Wallet Amount*: $0.00

Total: $21.98

*This wallet amount is current as of the date and time of this transaction.

**Fund Sources Used (Total)**
PAYPALDI chiguybookings@gmail.com: $21.98

**Join Sony Rewards with your PSN ID and get rewarded!**

Gmail - Thank You For Your Purchase

This e-mail message has been delivered from a send-only address. Please do not reply to this message. For more information about your account, please visit the links below.

Support:
https://www.playstation.com/corporate/contactus/

Terms of Services and User Agreement:
https://www.playstation.com/network/legal/terms-of-service/

Privacy Policy:
https://www.playstation.com/network/legal/privacy-policy/

and "PlayStation" are registered trademarks or trademarks of Sony Interactive Entertainment Inc. © 2020 Sony Interactive Entertainment LLC.

---

**PlayStation** <Sony@email.sonyentertainmentnetwork.com>                        Thu, Jan 30, 2020 at 11:29 AM
Reply-To: PlayStation <support-b4f8qsebfbxm44aug9u70byt90h3fh@email.sonyentertainmentnetwork.com>
To: malachi.green7@gmail.com

 **PlayStation**

# Transaction Receipt

Dear Malachi,

Thank you for your PlayStation®Store purchase.

A receipt of your purchase is below. Be sure to keep it in a safe place for future reference.

## Order Number:

180741069346

Name: Malachi Green
Online ID: MakiSito
Date Purchased: 01/30/2020 08:29 AM PT

| Details | Price |
|---|---|
| Far Cry New Dawn (Full Game) | $15.99 |
| RESIDENT EVIL 7 biohazard (Full Game) | $14.99 |

Subtotal: $30.98
Tax: $0.00

### Current Wallet Amount*: $0.00

Total: $30.98

*This wallet amount is current as of the date and time of this transaction.

**Fund Sources Used (Total)**
PAYPALDI chiguybookings@gmail.com : $30.98

## Join Sony Rewards with your PSN ID and get rewarded!

This e-mail message has been delivered from a send-only address. Please do not reply to this message. For more information about your account, please visit the links below.

Support:
https://www.playstation.com/corporate/contactus/

Terms of Services and User Agreement:
https://www.playstation.com/network/legal/terms-of-service/

Privacy Policy:
https://www.playstation.com/network/legal/privacy-policy/

and "PlayStation" are registered trademarks or trademarks of Sony Interactive Entertainment Inc.

© 2020 Sony Interactive Entertainment LLC.

EID: 337770

 **Gmail**

Malachi Green <malachi.green25@gmail.com>

## Thank You For Your Purchase

**PlayStation** <reply@txn-email.playstation.com>                Sun, Oct 3, 2021 at 7:15 PM
Reply-To: NP Transactional Emails <reply-fed210727660047d-19_HTML-688328578-6416383-3368954@txn-email.playstation.com>
To: malachi.green25@gmail.com

 **PlayStation.**

## Transaction Receipt

Dear Malachi,

Thank you for your PlayStation®Store purchase.

A receipt of your purchase is below. Be sure to keep it in a safe place for future reference.

| Order Number: | Name: Malachi Green |
|---|---|
| 301297280595 | Online ID: MakiSito |
| | Date Purchased: 10/03/2021 |

| Details | Price |
|---|---|
| Pathologic 2 (Full Game) | $13.99 |
| Shenmue III (Game) | $5.99 |
| Evil Inside (Game) | $9.09 |

Case 4:21-cv-03361-AMO    Document 234    Filed 06/30/26    Page 20 of 24

Subtotal: $29.07

Tax: $0.00

Current Wallet Amount*: $0.00                  Total: $29.07

*This wallet amount is current as of the date and time of this transaction.

**Fund Sources Used (Total)**

PAYPALDI chiguybookings@gmail.com: $29.07

## Join Sony Rewards with your PSN ID and get rewarded!

This e-mail message has been delivered from a send-only address. Please do not reply to this message. For more information about your account, please visit the links below.

Support:
https://www.playstation.com/corporate/contactus/

Terms of Services and User Agreement:
https://www.playstation.com/network/legal/terms-of-service/

Privacy Policy:
https://www.playstation.com/network/legal/privacy-policy/

and "PlayStation" are registered trademarks or trademarks of Sony Interactive Entertainment Inc. © 2021 Sony Interactive Entertainment LLC.

Water and Tear Resistant



UNITED STATES
POSTAL SERVICE®

Click-N-Ship®

P

usps.com
$11.99
US POSTAGE

06/26/2026
1 lb 0 oz

9405 5301 0935 5397 6294 85 0119 9001 0009 4102

PRIORITY MAIL®

Mailed from 32301    1494643582547775

U.S. POSTAGE PAID

Created 2026-06-26
Packed Flat Rate Envelope

RDC 03

C004

MALACHI GREEN
3021 PONTIAC DR
TALLAHASSEE FL 32301-7047

U.S. DISTRICT COURT FOR NORTHERN DISTR
OFFICE OF THE CLERK OF COURT
450 GOLDEN GATE AVE
SAN FRANCISCO CA 94102-3661

USPS TRACKING #

9405 5301 0935 5397 6294 85



**#5** 10.5 IN x 15 IN
26,6cm x 38cm
Inside dimensions | Dimensions internes | Dimensiones interiores


DUCK®



DISTRIBUTED BY | DISTRIBUÉ PAR | DISTRIBUIDO POR
SHURTAPE TECHNOLOGIES, LLC; AVON, OH 44011

1-800-321-0253
DuckBrand.com

MADE IN USA
WITH GLOBAL MATERIALS™

©Shurtape Technologies, LLC 2022/PKG03820

0 753531 14679 8



RECEIVED

JUN 3 0 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA